UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

Case No.: 2:24-cv-14043-Middlebrooks

COLLEEN DREW,

    Plaintiff,

v.

NATIONSTAR MORTGAGE LLC,
EQUIFAX INFORMATION
SERVICES LLC, and
TRANS UNION LLC,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF PENDING SETTLEMENT
AS TO DEFENDANT TRANS UNION LLC**

**COMES NOW**, Plaintiff, COLLEEN DREW ("Plaintiff"), by and through the undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, TRANS UNION LLC ("TU") have reached a conditional settlement in this action. Upon full compliance with the terms of such settlement, Plaintiff and TU will request that this matter be dismissed with prejudice.

Dated: March 12, 2024

                                                Respectfully submitted,

                                                **SWIFT LAW PLLC**
                                                /s/ *Jon P. Dubbeld*
                                                **Aaron M. Swift, Esq., FBN 0093088**
                                                **Jordan T. Isringhaus, Esq., FBN 0091487**
                                                **Jon P. Dubbeld, Esq., FBN 105869**
                                                **Sean E. McEleney, Esq., FBN 125561**
                                                11300 4th Street N, Ste. 260
                                                St. Petersburg, FL 33716
                                                Phone: (727) 490-9919

Fax: (727) 255-5332  
aswift@swift-law.com  
jisringhaus@swift-law.com  
jdubbeld@swift-law.com  
smceleney@swift-law.com  
jmurphy@swift-law.com  
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 12, 2024, I filed a true and correct copy of the above and foregoing *Notice of Settlement* via CM/ECF which will electronically serve all counsel of record:

/s/ *Jon P. Dubbeld*
Attorney for Plaintiff