UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 24-CV-14043-MIDDLEBROOKS

COLLEEN DREW,

    Plaintiff,

v.

NATIONSTAR MORTGAGE, LLC,
EQUIFAX INFORMATION SERVICES,
LLC, and TRANS UNION, LLC,

    Defendants.
_____/

## ORDER TERMINATING DEFENDANT

THIS CAUSE comes before the Court on the Joint Stipulation of Dismissal filed by Plaintiff, Colleen Drew, and Defendant Trans Union, LLC, which the Parties filed on March 26, 2024. (DE 27). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing, and no Order of the Court is required to dismiss the claims.

Accordingly, it is **ORDERED AND ADJUDGED:**

1) Plaintiff's claims against Defendant Trans Union, LLC, are **DISMISSED WITH PREJUDICE**.

2) The Clerk of Court shall **TERMINATE** Defendant Trans Union, LLC, as a defendant in this matter.

**SIGNED** in Chambers in West Palm Beach, Florida, this 27th day of March, 2024.

Donald M. Middlebrooks
United States District Judge

cc: Counsel of Record