UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

Case No.: 2:24-cv-14043-Middlebrooks

COLLEEN DREW,

    Plaintiff,

v.

NATIONSTAR MORTGAGE LLC,
EQUIFAX INFORMATION
SERVICES LLC, and
TRANS UNION LLC,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF PENDING SETTLEMENT**
**AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC**

**COMES NOW**, Plaintiff, COLLEEN DREW ("Plaintiff"), by and through the undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES LLC ("Equifax") have reached a conditional settlement in this action. Upon full compliance with the terms of such settlement, Plaintiff and Equifax will request that this matter be dismissed with prejudice.

Dated: April 9, 2024

    Respectfully submitted,

    **SWIFT LAW PLLC**
    /s/ *Jon P. Dubbeld*
    **Aaron M. Swift, Esq., FBN 0093088**
    **Jordan T. Isringhaus, Esq., FBN 0091487**
    **Jon P. Dubbeld, Esq., FBN 105869**
    **Sean E. McEleney, Esq., FBN 125561**
    11300 4th Street N, Ste. 260

St. Petersburg, FL 33716
Phone: (727) 490-9919
Fax: (727) 255-5332
aswift@swift-law.com
jisringhaus@swift-law.com
jdubbeld@swift-law.com
smceleney@swift-law.com
jmurphy@swift-law.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 9, 2024, I filed a true and correct copy of the above and foregoing *Notice of Settlement* via CM/ECF which will electronically serve all counsel of record:

/s/ *Jon P. Dubbeld*
Attorney for Plaintiff