UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-CV-14043-MIDDLEBROOKS

COLLEEN DREW,

    Plaintiff,

v.

NATIONSTAR MORTGAGE, LLC,
EQUIFAX INFORMATION SERVICES,
LLC, and TRANS UNION, LLC,

    Defendants.
_____/

## ORDER TERMINATING DEFENDANT

THIS CAUSE comes before the Court on the Joint Stipulation of Dismissal with Prejudice by Plaintiff, Colleen Drew, and Defendant Equifax Information Services, LLC, ("Equifax"), which the Parties filed on April 17, 2024. (DE 32). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing, and no Order of the Court is required to dismiss the claims.

Accordingly, it is **ORDERED AND ADJUDGED**:

1) Plaintiff's claims against Defendant Equifax are **DISMISSED WITH PREJUDICE**.

2) The Clerk of Court shall **TERMINATE** Defendant Equifax as a defendant in this matter.

**SIGNED** in Chambers in West Palm Beach, Florida, this 19 day of April, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record